IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 8 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| MIKE FISHER, § § § § § § § § § § § | |
| Plaintiff, | |
| v. | Civil Action No. 2:20-CV-64-Z |
| PLAZA AMARILLO, LLC et al., | |
| Defendants. | **Referred to U.S. Magistrate Judge** |

## STANDING ORDER OF REFERENCE

Under the authority of 28 U.S.C. § 636(b) and Rule 2(c) of Miscellaneous Order No. 6 of this District, this action is hereby REFERRED to U.S. Magistrate Judge Reno for pretrial management. All non-dispositive motions, pending or prospective, are referred to the Magistrate Judge for determination. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the Magistrate Judge for appropriate action consistent with applicable law. Magistrate Judge Reno is to notify the court when the case is ready for a trial setting.

With the written approval of the District Judge, the parties may consent to have all further proceedings in this case, including a jury or non-jury trial, conducted by the Magistrate Judge. *See* 28 U.S.C. § 636(c). In this regard, the attorneys shall advise their client that Judge Reno will likely be able to give this case a special trial setting. If executed by all parties to the case and signed by the District Court, the attached consent form satisfies the "written approval" requirements of the Standing Order of Reference. *See* Attachment A. Any party is free to withhold consent without adverse consequences.

If all parties consent to the authority of the Magistrate Judge for all purposes, the case will be transferred to Judge Reno for the determination of all further proceedings and the entry of judgment in accordance with Title 28, United States Code section 636(c). An appeal from a judgment entered by Judge Reno will be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court. If all parties do not consent, the case will remain with Judge Reno for pretrial management as outlined above.

The parties are instructed that they are not to submit paper copies of pleadings or motions to either District Judge or Magistrate Judge chambers, unless otherwise instructed to do so by one of those chambers.

**SO ORDERED.**

April 8, 2020

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MIKE FISHER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:20-CV-64-Z |
| § | |
| PLAZA AMARILLO, LLC et al., § | |
| § | |
| § | |
| Defendants. § | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the above styled case (including the trial) and order entry of a final judgment.

**Signature of Party or Counsel of Record**                             **Date**

_____                             _____

_____                             _____

_____                             _____

**NOTE:** Return this form to the District Clerk only if it has been executed by all parties to the case.

**ORDER OF REASSIGNMENT**

It is hereby ORDERED that the above captioned matter be reassigned to the United States Magistrate Judge Reno for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.

DATED: _____                    _____
                                        MATTHEW J. KACSMARYK
                                        UNITED STATES DISTRICT JUDGE