IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| Mike Fisher, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-64 |
| | § | |
| | § | |
| City of Amarillo, Ginger Nelson, for herself and | § | |
| as mayor of City of Amarillo, Elaine Hays, Eddy Sauer | § | |
| Freda Powell, Howard Smith, Amarillo National Bank, | § | |
| William Ware, II, Plaza Amarillo, LLC, Step | § | |
| Values, LLC dba Dunkin Donuts, Dunkin Brands, Inc., | § | |
| Fresh Burger, LLC dba BurgerFi, Burger Fi Int'l, LLC | § | |
| Edit Clean, LLC dba Tide Dry Cleaners, The Proctor & | § | |
| Gamble Co., Five S Buildings, LLC, 45th and Soncy, | § | |
| LLC | § | |
|     Defendants. | § | |

**DEFENDANTS, CITY OF AMARILLO, GINGER NELSON, ELAINE HAYS, EDDY SAUER, FREDA POWELL, HOWARD SMITH, BRIEF-IN-SUPPORT OF MOTION TO DISMISS PLAINTIFF' S ORIGINAL COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND PLEA TO THE JURISDICTION**

TO THE HONORABLE COURT:

    Comes now the Defendants, City of Amarillo, Ginger Nelson, Elaine Hays, Eddy Sauer, Freda Powell, and Howard Smith, and files this Motion to Dismiss Plaintiff's Original Complaint under the Federal Rules of Civil Procedure 12(b)(6) and Plea to the Jurisdiction. Defendants arguments and authorities are set forth in its brief filed with this Motion and are incorporated herein for all purposes.

    Respectfully submitted,
    CITY OF AMARILLO
    CITY ATTORNEY'S OFFICE
    Post Office Box 1971
    Amarillo, Texas 79105-1971
    Telephone (806) 378-6067
    Facsimile (806) 378-5262

bryan.mcwilliams@amarillo.gov
leslie.schmidt@amarillo.gov
marcus.norris@amarillo.gov

By: ___/s Bryan McWilliams_____
Bryan McWilliams
City Attorney
State Bar No. 24049776
Leslie Spear Schmidt
Sr. Assist. City Attorney
State Bar No. 21202700
Marcus W. Norris
Deputy City Attorney
State Bar No. 15091300

**ATTORNEYS FOR DEFENDANTS CITY OF AMARILLO, GINGER NELSON, FREDA POWELL, EDDY SAUER, ELAINE HAYS, HOWARD SMITH**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020 a true, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court and was served via e-filing on the following:

**Attorney for Plaintiff**

Warren V. Norred
200 E. Abram St., Suite 300
Arlington, TX 76010

Darrell R. Carey
300 15th Street
Canyon, TX 79015-2827

/s Bryan McWilliams_____
Bryan Mc Williams