AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Fisher | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:20-cv-00064-Z |
| | ) |
| Plaza Amarillo, LLC et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** City of Amarillo

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Warren Norred
    515 E. Border St.
    Arlington, TX 76010

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 03/16/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00064-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Amarillo**
was received by me on *(date)* **March 20, 2020**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **City Secretary, Frances Hibbs** who is designated by law to accept service of process on behalf of *(name of organization)* **City of Amarillo** on *(date)* **March 20, 2020**; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **85.20**

I declare under penalty of perjury that this information is true.

Date: **March 23, 2020**

Server's signature: *Lofton T. Faris*

Printed name and title: **Lofton T. Faris, Process Server**

**U.S. Legal Support**
**P.O. Box 1053**
**Amarillo, TX 79105**
Server's address

Additional information regarding attempted service, etc: