UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **MIKE FISHER** § | | |
| *Plaintiff,* § | | |
| v. § | | 2:20-cv-64 |
| **CITY OF AMARILLO, et al.** § | | |
| *Defendants.* § | | |

### PLAINTIFF'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE REPONSE

**COMES NOW** Mike Fisher ("Plaintiff" herein) to file this, his unopposed motion for extension of time to file a response to the Motion to Dismiss filed by the City of Amarillo and its council ("City Defendants").

The deadline for Plaintiff's response to the City Defendants' Motion to Dismiss is currently May 1, 2020. Based on the undersigned's unusually crowded schedule and with the agreement of the City Defendants, Plaintiffs respectfully request an additional one week to make a more thorough response than is possible within the constraints of the current deadline.

### PRAYER

Plaintiff respectfully requests an additional one week of time to file his Response to the City Defendants' pleadings, for a new deadline of May 8, 2020.

Respectfully submitted,

NORRED LAW, PLLC
/s/ Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094; wnorred@norredlaw.com
C. Chad Lampe, Texas Bar No. 24045042; chad@norredlaw.com
515 E. Border Street; Arlington, Texas 76010
Tel. (817) 704-3984; Fax. (817) 524-6686
Attorney for Plaintiffs

CERTIFICATE OF CONFERENCE – I certify that I conferred via email with counsel for Defendants City of Amarillo and its council members, who did not oppose this Motion.

   /s/Warren V. Norred
   Warren. V. Norred


CERTIFICATE OF SERVICE - I certify that the above was served on all parties seeking service in the instant case via the Court's e-file system on April 29, 2020.

   /s/Warren V. Norred
   Warren. V. Norred