IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MIKE FISHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-64-Z-BR |
| | § | |
| PLAZA AMARILLO, LLC et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING RULE 16 CONFERENCE

Pursuant to the Court's Order to Submit Joint Proposed Scheduling Order and Setting Rule 16 Scheduling Conference (the "Order"), a scheduling conference is set for June 30, 2020 at 1:30 p.m. (ECF 35 at 4–5). In light of recent events and Special Order No. 13, Court Orders and Updates During the COVID-19 Pandemic,[1] the Order is modified to provide that all parties and attorneys required to attend the scheduling conference **must attend by video**. All other requirements remain in place, including the requirement that lead counsel for each represented party attend. (*See id.*). Other counsel of record, including local counsel, may also attend the scheduling conference **by video**.

Lead counsel for each party will receive instructions from the Court's Courtroom Deputy by email. Lead counsel for each party must provide the Court's Courtroom Deputy (direct line 806-468-3834) with the email address of any other counsel who will attend on or before **12:00 p.m. (noon) on June 29, 2020**. The Courtroom Deputy will provide further instructions if

---

[1] *See* Special Order No. 13, available online at: http://www.txnd.uscourts.gov/special-order-13-court-orders-and-updates-during-covid-19-pandemic.

necessary. During the scheduling conference, counsel should be prepared to discuss the potential impact, if any, of the COVID-19 pandemic on the parties' ability to prepare the case for trial.

IT IS SO ORDERED.

ENTERED June 15, 2020.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE