IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Mike Fisher,** § | |
|     **Plaintiff,** § | |
| § | |
| **v.** § | **2:20-CV-64** |
| § | |
| § | |
| **City of Amarillo, Ginger Nelson, for herself and** § | |
| **as mayor of City of Amarillo, Elaine Hays, Eddy Sauer** § | |
| **Freda Powell, Howard Smith, Amarillo National Bank,** § | |
| **William Ware, II, Plaza Amarillo, LLC, Step** § | |
| **Values, LLC dba Dunkin Donuts, Dunkin Brands, Inc.,** § | |
| **Fresh Burger, LLC dba BurgerFi, Burger Fi Int'l, LLC** § | |
| **Edit Clean, LLC dba Tide Dry Cleaners, The Proctor &** § | |
| **Gamble Co., Five S Buildings, LLC, 45th and Soncy,** § | |
| **LLC** § | |
|     **Defendants.** § | |

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

    COMES NOW, Defendant City of Amarillo and Council Defendants, Ginger Nelson, Elaine Hays, Eddy Sauer, Freda Powell, and Howard Smith, (collectively "Defendants') and files this Certificate of Interested Persons and states that Defendants concur in the accuracy of and adopt the certificate filed by BurgerFi International, LLC, Dunkin' Brands, Inc., and The Proctor & Gamble Company.

                                    Respectfully submitted,
                                    CITY OF AMARILLO
                                    CITY ATTORNEY'S OFFICE
                                    Post Office Box 1971
                                    Amarillo, Texas 79105-1971
                                    Telephone (806) 378-6067
                                    Facsimile (806) 378-5262
                                    bryan.mcwilliams@amarillo.gov
                                    leslie.schmidt@amarillo.gov
                                    marcus.norris@amarillo.gov

By:   /s Bryan McWilliams
Bryan McWilliams
City Attorney
State Bar No. 24049776
Leslie Spear Schmidt
Sr. Assist. City Attorney
State Bar No. 21202700
Marcus W. Norris
Deputy City Attorney
State Bar No. 15091300

**ATTORNEYS FOR DEFENDANT
CITY OF AMARILLO**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020 a true, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court and was served via e-filing on the following:

VIA ECF
Chris W. Carr
LYONS & SIMMONS, LLP
ccarr@lyons-simmons.com
*Counsel for Defendant Plaza Amarillo, LLC*

VIA ECF
Warren V. Norred
C. Chad Lampe
NORRED LAW, PLLC
wnorred@norredlaw.com
chad@norredlaw.com
*Counsel for Plaintiff Mike Fisher*

VIA ECF
Matt D. Matzner
Morgan Day Vaughan
CRENSHAW, DUPREE & MILAM, L.L.P.
mmatzner@cdmlaw.com
mvaughan@cdmlaw.com
*Counsel for Defendants Step Values, LLC d/b/a Dunkin Donuts, Fresh Burger, LLC d/b/a BurgerFi, Edit Clean LLC d/b/a Tide Dry Cleaners, Five S Buildings, LLC, and 45th & Soncy, LLC*

VIA ECF
Thomas C. Riney
Alex L. Yarbrough
RINEY & MAYFIELD LLP
triney@rineymayfield.com
*Counsel for Defendants Burger Fi International, LLC, Dunkin' Brands, Inc., and The Proctor & Gamble Co.*

VIA ECF
M. Leslie Davis
HERMES LAW, PC
leslie@hermes-law.com
*Counsel for Plaza Amarillo, LLC*

Fisher v. City of Amarillo
Certificate of Interested Persons

/s Bryan McWilliams
Bryan Mc Williams

Fisher v. City of Amarillo
Certificate of Interested Persons