# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS – AMARILLO DIVISION

| | | |
|---|---|---|
| **MIKE FISHER,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | 2:20-CV-64 |
| § | | |
| **CITY OF AMARILLO, et al.,** § | | |
| *Defendants.* § | | |

## PLAINTIFF'S AMENDED CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with Alex Yarborough, counsel for Franchisor Defendants, regarding the relief sought in *Plaintiff's Motion for Leave to Late File Response Nunc Pro Tunc* ("Motion"). Mr. Yarborough advised that Franchisor Defendants did not oppose the Motion or the relief sought therein.

       Respectfully submitted,

       NORRED LAW, PLLC
       /s/ Warren V. Norred
       Warren V. Norred, Texas Bar No. 24045094;
       wnorred@norredlaw.com
       C. Chad Lampe, Texas Bar No. 24045042;
       chad@norredlaw.com
       515 E. Border Street; Arlington, Texas 76010
       Tel. (817) 704-3984; Fax. (817) 524-6686
       Attorney for Plaintiff

CERTIFICATE OF SERVICE - I certify that the above was served on all parties seeking service in the instant case via the Court's e-file system on June 16, 2020.

    /s/Warren V. Norred