UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MIKE FISHER,<br>    *Plaintiff,* | § § § | |
| v. | § § § | Case No. 2:20-cv-64-Z-BR |
| CITY OF AMARILLO, GINGER NELSON, for herself and as mayor of CITY OF AMARILLO, ELAINE HAYS, EDDY SAUER, FREDA POWELL, HOWARD SMITH, AMARILLO NATIONAL BANK, WILLIAM WARE, RICHARD WARE, II, PLAZA AMARILLO, LLC, STEP VALUES, LLC dba DUNKIN DONUTS, DUNKIN BRANDS, INC., FRESH BURGER, LLC dba BURGERFI, BURGER FI INT'L, LLC, EDIT CLEAN, LLC dba TIDE DRY CLEANERS, THE PROCTOR & GAMBLE CO., FIVE S BUILDINGS, LLC, 45TH & SONCY, LLC,<br>    *Defendants*. | § § § § § § § § § § § § § § § § | |

## DEFENDANT PLAZA AMARILLO, LLC'S
## MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant PLAZA AMARILLO, LLC, and moves the Court for substitution of counsel as follows:

Defendant desires to substitute as counsel in this action M. Leslie Davis and James B. Harper, Hermes Law, PC, Oilwell Supply Building, 2001 N Lamar St., Suite 450, Dallas, TX 75202, in lieu and in the stead of Christopher J. Simmons and Christopher W. Carr, of the law offices of Lyons & Simmons, LLP.

The filing of this Motion will not in any way hinder or delay the trial of this case.

WHEREFORE, PREMISES CONSIDERED, Defendant PLAZA AMARILLO, LLC, prays that M. Leslie Davis and James B. Harper of Hermes Law, PC, be substituted as counsel of record in the place and stead of Christopher J. Simmons and Christopher W. Carr of the law offices of Lyons & Simmons, LLP.

Defendant PLAZA AMARILLO, LLC further prays for all other relief to which it is justly entitled.

    Respectfully submitted,

    LYONS & SIMMONS, LLP

    _____
    **Christopher J. Simmons**
    Texas Bar No. 24058796
    csimmons@lyons-simmons.com
    **Christopher W. Carr**
    Texas Bar No. 00790430
    ccarr@lyons-simmons.com
    Rosewood Court
    2101 Cedar Springs Rd., Suite 1900
    Dallas, TX 75201
    (214) 665-6900
    Fax (214) 665-6950

    -and-

    /s/ M. Leslie Davis (with permission)
    _____
    **M. Leslie Davis**
    Texas Bar No. 24081547
    leslie@hermes-law.com
    **James B. Harper**
    Texas Bar No. 24108602
    james@hermes-law.com
    **Hermes Law, PC**
    Oilwell Supply Building
    2001 North Lamar St., Suite 450
    Dallas, TX 75202
    (214) 749-6511
    Fax (214) 749-6801

    **ATTORNEYS FOR DEFENDANT**
    **PLAZA AMARILLO, LLC**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of June, 2020, a copy of the foregoing document was filed electronically using the Court's electronic filing system. I have served all counsel of record and/or pro se parties of record electronically or by another manner pursuant to Fed. R. Civ. P.

    _____
    **CHRISTOPHER W. CARR**