IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MIKE FISHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-64-Z-BR |
| | § | |
| CITY OF AMARILLO, et. al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

On July 14, 2020, Defendants Amarillo National Bank, Richard Ware II, and William Ware moved for sanctions against Plaintiff Mike Fisher and his Counsel under Rule 11(c) of the Federal Rule of Civil Procedure. *See* ECF No. 63. Plaintiff responded to Defendants' Motion on August 4, 2020. *See* ECF No. 68. Having reviewed the applicable law and all relevant pleadings, the Court DENIES Defendants' Motion for Sanctions. ECF No. 63.

While the Original Complaint (ECF No. 1) may not have been a short and plain statement of the grounds for Plaintiff's claim, the Amended Complaint (ECF No. 75) remedied the potentially sanctionable grounds. Accordingly, the Defendant's Motion (ECF No. 63) is DENIED AS MOOT.

**SO ORDERED.**

January 11, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE