IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MIKE FISHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-64-Z-BR |
| | § | |
| CITY OF AMARILLO, et. al., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order (ECF No. 95) filed December 23, 2020, it is ORDERED and ADJUDGED that Plaintiff Mike Fisher's federal claims are DISMISSED WITH PREJUDICE and his state claims are DISMISSED WITHOUT PREJUDICE.

January 11, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE